UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**JAMMAL YARBROUGH,**

        Petitioner,

        v.

**VIMAL SINGH, WARDEN,**

        Respondent.

Case No. CV 12-9919 ABC (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: September 17, 2013

_____
Audrey B. Collins
United States District Judge