UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMMAL YARBROUGH,<br><br>    Petitioner,<br><br>  v.<br><br>VIMAL SINGH, Warden,<br><br>    Respondent. | Case No. CV 12-9919-ABC(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 17, 2013

                                                              _____
                                                              Audrey B. Collins
                                                              United States District Judge